UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LANG,

         Petitioner,

  v.

CURRY,

         Respondent.
                                     /

Case Number: C07-4239 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laurence Duane Lang CDC C-28866
CTF-C F-343
P.O. Box 689
Soledad, CA 93960-0689

Dated: January 10, 2008

                                              Richard W. Wieking, Clerk
                                              By: Cora Klein, Deputy Clerk

*Cora Klein*