IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURENCE DUANE LANG, ) | |
| ) | |
| Petitioner, ) | No C 07-4239 VRW (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| BEN CURRY, Warden, ) | (Docket # 4) |
| ) | |
| Respondent. ) | |
| ) | |

    Good cause appearing, petitioner's request (docket # 4) that the court take judicial notice of newly-published cases is GRANTED. The three-judge panel opinion in <u>Hayward v Marshall</u>, 512 F3d 536 (9th Cir 2008), may not be cited as precedent by this court because the case was recently ordered reheard en banc, however. See <u>Hayward v Marshall</u>, 527 F3d 797 (9th Cir 2008) (order).

    SO ORDERED.

                                          VAUGHN R WALKER
                                          United States District Chief Judge

G:\PRO-SE\VRW\HC.07\Lang, L1.or2.wpd